Gerald Childress and Jack Childress, Plaintiffs-Appellants, v. State Farm Mutual Automobile Insurance Company, an Insurance Corporation, Defendant-Appellee.

Gen. No. 10,503.

Fourth District.
July 30, 1964.

Albert E. Jenner, Jr., of Chicago, Stanford S. Meyer, of Belleville, and Paul E. Karlstrom, of Champaign, for appellants; C. E. Tate, of Champaign, for appellee. Per curiam opinion. Not to be published in full.